1  AARON D. FORD
       Attorney General
2  MARY ANNE MARTIN, Bar No. 13267
       Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV 89701-4717
5  Tel: (775) 684-1254
   E-mail: MBMartin@ag.nv.gov
6
   *Attorneys for Defendant*
7  *James Dzurenda*

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10  KEITH WARD,
                                        Case No.  3:19-cv-00012-MMD-CLB
11              Plaintiff,

12  vs.                                 **STIPULATION AND ORDER FOR
                                        DISMISSAL WITH PREJUDICE**
13  ISIDRO BACA, et al.,

14              Defendants.

15        IT IS HEREBY STIPULATED by and between Keith Ward, in proper person, and Defendant

16  James Dzurenda, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

17  Mary Anne Martin, Deputy Attorney General, that the above-captioned action  be dismissed, with

18  prejudice, by order of this Court, with each party to bear his own costs.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                               1

This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon at the Early Mediation Conference which took place on February 11, 2020, and which are memorialized in the Minutes of Proceedings entered as ECF No. 13.

DATED this 15th day of February, 2020.     DATED this 13th day of February, 2020

AARON D. FORD
Attorney General

_Keith Ward_
KEITH WARD, #21396
Plaintiff, *Pro Se*

By: _Mary Anne Martin_
MARY ANNE MARTIN, Bar No. 13267
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 13, 2020

2

1

**CERTIFICATE OF SERVICE**

2          I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3   on this 13th day of February, 2020, I caused to be deposited for mailing, a true and correct copy of the

4   foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to the

5   following:

6   Keith Ward, #21396
    Warms Springs Correctional Center
7   3301 E. 5th St
    Carson City, NV 89702
8

9                                                    /s/Perla M. Hernandez_____
                                                     An employee of the
10                                                   Office of the Attorney General

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28